MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

BRIAN C. LEWIS (DCBN 476851)
Assistant United States Attorney
    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    Facsimile:  (510) 637-3724
    E-Mail: brian.lewis@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 13-0217 DMR |
| Plaintiff, | |
| v. | **ORDER EXTENDING PROBATION AND MODIFYING CONDITIONS** |
| CHRISTOPHER GARNER, | |
| Defendant. | |

The parties appeared before the Honorable Donna M. Ryu on December 2, 2013, for admission and sentencing on the defendant's violations of probation. The defendant was present and represented by defense counsel Assistant Federal Public Defender Jerome Matthews. The government was represented by Assistant United States Attorney Brian Lewis. The U.S. Probation Office was represented by Officer Shadeequa Smith. During the hearing, the defendant admitted the six charged violations of his probation.

Accordingly, upon consideration of the parties' memoranda and arguments, the memorandum of the U.S. Probation Officer, and the factors set forth in 18 U.S.C. § 3553, the Court hereby extends the defendant's term of supervised release for a term of **9 months**, with the following additional conditions:

The defendant shall remain on location monitoring for a period of no less than 120 days. During

the first 60 days of this period, the defendant shall remain on home confinement, except that he may leave to attend appointments with his counsel and the probation office and to attend drug or alcohol treatment.  During the 60 days following home confinement, the defendant shall abide by a curfew, to be set by the probation officer, which will require the defendant to be home at night.  For the remainder of the term of probation, the defendant shall remain on location monitoring at the discretion of the probation officer.

The defendant shall abstain from the consumption of alcohol.

The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search.  Such a search shall be conducted by a United States Probation Officer or any federal, state, or local law enforcement officer at any time with or without suspicion.  Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

IT IS SO ORDERED.

DATED: 12/3/2013

DONNA M. RYU
United States Magistrate Judge