1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   J. DOUGLAS WILSON (DCBN 412811)
3  Chief, Criminal Division

4  BRIAN C. LEWIS (DCBN 476851)
   Assistant United States Attorney
5         1301 Clay Street, Suite 340S
          Oakland, California 94612
6         Telephone: (510) 637-3680
          Facsimile:  (510) 637-3724
7         E-Mail: brian.lewis@usdoj.gov

8  Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 13-0217 DMR |
|---|---|
| Plaintiff, | ) |
| v. | ) **ORDER EXTENDING** |
|  | ) **PROBATION AND MODIFYING CONDITIONS** |
| CHRISTOPHER GARNER, | ) |
| Defendant. | ) |

The parties appeared before the Honorable Donna M. Ryu on September 2, 2014, for admission and sentencing on the defendant's violations of probation. The defendant was present and represented by defense counsel Assistant Federal Public Defender Jerome Matthews. The government was represented by Assistant United States Attorney Brian Lewis. The U.S. Probation Office was represented by Officer Kevin Thomas. During the hearing, the defendant admitted Charge One and the government dismissed Charges Two and Three of the alleged violations of probation.

Accordingly, upon consideration of the parties' agreed disposition, the statements of the U.S. Probation Officer, and the factors set forth in 18 U.S.C. § 3553, the Court hereby extends the defendant's term of supervised release for a term of **6 months**, with the following additional conditions:

During the first 60 days, the defendant shall maintain residence at and participate in the

programming of a sober living environment, as ordered by the probation officer.

For the duration of the term of probation, the defendant shall remain on location monitoring at the discretion of the probation officer.

The defendant shall abstain from the consumption of alcohol.

The defendant shall submit his person, residence, office, vehicle, or any property under his control to a search. Such a search shall be conducted by a United States Probation Officer or any federal, state, or local law enforcement officer at any time with or without suspicion. Failure to submit to such a search may be grounds for revocation; the defendant shall warn any residents that the premises may be subject to searches.

IT IS SO ORDERED.

DATED:  9/3/2014

_____
DONNA M. RYU
United States Magistrate Judge

ORDER EXTENDING PROBATION                 2
CR 13-0217 DMR